UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARLOS RAMON COLORADO,

    Plaintiff,

v.                                      Case No. 8:10-cv-554-T-23AEP

SORRELL, et al.,

    Defendants.
_____/

## O R D E R

Colorado's complaint alleges that the defendants violated his civil rights when they subjected him to excessive force in the Hillsborough County jail. Colorado was granted leave to proceed in forma pauperis (Doc. 9) and he has paid an initial installment toward the filing fee. Although entitled to a lenient construction, Haines v. Kerner, 404 U.S. 519 (1972) (per curiam), Colorado must file an amended complaint.

In the complaint (Doc. 1) Colorado includes three police officers as defendants but fails to allege which defendant committed which act. Colorado must clearly state the alleged acts of each defendant.

Accordingly, the civil rights complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** to the filing of an amended complaint within **TWENTY (20) DAYS**. The

failure to timely file an amended complaint will result in the dismissal of this case without further notice.

ORDERED in Tampa, Florida, on June 16, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE